IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| **CURTIS RAY WHITE** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL ACTION NO.** |
| | § | **1:21-CV-00021-JMV** |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| **ACTING COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | **DEFENDANT** |

## ORDER

On this date came for consideration Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment [24] and Supporting Memorandum [25], and the Court being advised in the premises is of the opinion that said Motion should be granted. It is, therefore

ORDERED that Defendant's August 2020 unfavorable final decision denying Plaintiff's claims for disability insurance benefits (DIB) under Title II of the Social Security Act (the Act), 42 U.S.C. §§ 416(i) and 423, and supplemental security income (SSI) benefits under Title XVI of the Act, 42 U.S.C. § 1382c(a)(3)(A), shall be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED, this 10th day of December, 2021.

/s/ Jane M. Virden
HONORABLE JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE